AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Blue Ridge Environmental Defense League, Louisiana Bucket Brigade, Missouri Coalition for the Environment, River Valley Organizing, Sierra Club, United Congregations of Metro East. and Utah Physicians for a Healthy Environment <br><br> *Plaintiff(s)* <br><br> v. <br><br> MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.   22-3134 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Merrick Garland
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kathleen Riley (D.C. Bar No. 1618580)
Jim Pew (D.C. Bar No. 488201)
Earthjustice
1001 G Street NW, Ste. 1000
Washington, D.C. 20001


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*ANGELA D. CAESAR, CLERK OF COURT*


Date: _____          _____
                                                                                     *Signature of Clerk or Deputy Clerk*