UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BLUE RIDGE ENVIRONMENTAL DEFENSE LEAGUE, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 22-cv-3134 (APM) |
| MICHAEL S. REGAN, *Administrator of the EPA* Defendant. | ) ) ) ) ) | |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 44, it is hereby ordered that (1) Plaintiffs' Motion for Summary Judgment, ECF No. 24, is granted in part and denied in part; (2) Defendant's Motion for Summary Judgment, ECF No. 26, is denied; and (3) Plaintiffs' Motion for Leave to File Surreply, ECF No. 32, is granted.

It is further ordered that Defendant shall complete the risk and technology review under 42 U.S.C. § 7412(d)(6) and § 7412(f)(2) for the hazardous waste combustor source category by no later than December 31, 2025.

Dated: December 12, 2024

Amit P. Mehta
United States District Court Judge