**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BLUE RIDGE ENVIRONMENTAL DEFENSE LEAGUE, *et al.*, | ) ) ) |
| *Plaintiffs,* | ) ) |
| v. | ) ) |
| LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency, | ) ) ) ) ) |
| *Defendant.* | ) ) |

Civil Action No. 22-3134-APM

**ORDER**

Plaintiffs' unopposed motion, Dkt. 52, is GRANTED. Defendant EPA shall file a status report by August 26, 2025, which advises the Court on the status of its rulemaking progress and includes by what date EPA anticipates signing the proposed rule. Defendant EPA shall file subsequent status reports every 30 days.

It is so ORDERED.

Amit P Mehta
Digitally signed by Amit P Mehta
Date: 2025.08.08 07:51:08 -04'00'

Hon. Amit P. Mehta
United States District Judge