IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUE RIDGE ENVIRONMENTAL DEFENSE LEAGUE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>　　　　Defendant. | Case No. 1:22-cv-03134 (APM) |

**DEFENDANT'S STATUS REPORT**

Pursuant to this Court's August 8, 2025 order, EPA respectfully submits this status report, "which advises the Court on the status of its rulemaking progress and includes by what date EPA anticipates signing the proposed rule." Order Granting Plaintiffs' Unopposed Motion for Status Reports, ECF No. 53 (Aug. 8, 2025) ("Status Report Order").

On August 26, 2025, and September 25, 2025, EPA submitted its first two status reports pursuant to the Status Report Order. In those reports, EPA advised the Court that it expected to sign the proposed rule by September 30, 2025. Due to a combination of factors, EPA was unable to complete the proposed rule by that date.

At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. Absent an appropriation, Department attorneys are prohibited from working except in very limited circumstances. By this Court's Standing Order No. 25-55, as of October 1, 2025, "all filing and discovery deadlines imposed upon the United States" were "extended by the number

1

of days equal to the length . . . of the lapse of appropriations plus ten days." In Re: Stay of Civil Proceedings Involving the United States In Light of Lapse of Appropriations, Standing Order No. 25-55 (JEB) (Oct. 1, 2025) ("Standing Order").

Because of its significance in this litigation and relation to the Court's underlying judgment, undersigned counsel has nonetheless received permission to notify the Court that the proposed rule was signed on October 28, 2025. *See* National Emission Standards for Hazardous Air Pollutants from Hazardous Waste Combustors: Residual Risk and Technology Review; Withdrawal of Proposed Revisions to Standards for Periods of Malfunction (pre-publication version; signed Oct. 28, 2025), https://www.epa.gov/system/files/documents/2025-10/10654_hazardouswastecombustorrtr_proposal_20251023_admin.pdf. The deadline for EPA's next status report, which would have been due not later than November 26, 2025, will be extended as provided by the Standing Order unless otherwise ordered by the Court.

                Respectfully submitted,

Dated: October 30, 2025        ADAM R.F. GUSTAFSON
                                    Acting Assistant Attorney General

                                    */s/ Christine Ennis*
                                    Christine W. Ennis
                                    D.C. Bar No. 977444
                                    U.S. Department of Justice
                                    Environment & Natural Resources Division
                                    Environmental Defense Section
                                    P.O. Box 7611
                                    Washington, DC 20044
                                    (202) 598-7342
                                    christine.ennis@usdoj.gov

                                    *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on October 30, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

 /s/  Christine Ennis
Christine W. Ennis
